| | |
|---|---|
| 1 | Deborah A. Sivas    (CA Bar No. 135446) |
| | Leah J. Russin      (CA Bar No. 225336) |
| 2 | ENVIRONMENTAL LAW CLINIC |
| | Mills Legal Clinic at Stanford Law School |
| 3 | 559 Nathan Abbott Way |
| | Stanford, California 94305-8610 |
| 4 | Telephone:  (650) 723-0325 |
| | Facsimile:   (650) 723-4426 |

Attorneys for Plaintiffs PIT RIVER TRIBE,
NATIVE COALITION FOR MEDICINE LAKE
HIGHLANDS DEFENSE, and MOUNT SHASTA
BIOREGIONAL ECOLOGY CENTER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIT RIVER TRIBE; NATIVE COALITION FOR MEDICINE LAKE HIGHLANDS DEFENSE; and MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER, | Case No. S-02-1314 JAM JFM |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEY AND ORDER THEREON** |
| v. | |
| BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; U.S. FOREST SERVICE; ADVISORY COUNCIL ON HISTORIC PRESERVATION; and CALPINE CORPORATION, | (L.R. 83-182(g)) |
| Defendants. | |

Plaintiffs PIT RIVER TRIBE, NATIVE COALITION FOR MEDICINE LAKE

HIGHLANDS DEFENSE, and MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER

hereby substitute the ENVIRONMENTAL LAW CLINIC of MILLS LEGAL CLINIC AT

STANFORD LAW SCHOOL as their attorney of record in place and in stead of

EARTHJUSTICE.

The effective date of this Substitution is August 1, 2005.

Dated: September 15, 2008                                        PIT RIVER TRIBE


                                                                 by /s/ Ida Riggins
                                                                    Plaintiff

SUBSTITUTION OF ATTORNEY AND ORDER THEREON – Case No. S-02-1314 JAM JFM

| | |
|---|---|
| 1   Dated: September 15, 2008 | NATIVE COALITION FOR MEDICINE LAKE HIGHLANDS DEFENSE |

Dated: September 15, 2008

                                                                               NATIVE COALITION FOR MEDICINE
                                                                               LAKE HIGHLANDS DEFENSE

by /s/ Virginia Mike-Mercado
    Plaintiff

Dated: September 15, 2008                    MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER

by /s/ Michelle Berditschevsky
    Plaintiff

     I agree to the foregoing Substitution.

Dated: September 15, 2008                    EARTHJUSTICE

by /s/ Debbie Sivas
    Former Attorney

     I accept the foregoing Substitution.

Dated: September 15, 2008                    ENVIRONMENTAL LAW CLINIC
                                                                         Mills Legal Clinic at Stanford
                                                                                           Law School

by /s/ Debbie Sivas
    Deborah A. Sivas
    Attorney for Plaintiffs

     IT IS SO ORDERED.

Dated:  9/25/2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
JUDGE OF THE DISTRICT COURT