UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIT RIVER TRIBE; NATIVE COALITION FOR MEDICINE LAKE HIGHLANDS DEFENSE; and MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; U.S. FOREST SERVICE; ADVISORY COUNCIL ON HISTORIC PRESERVATION; and CALPINE CORPORATION,<br><br>　　　　Defendants. | No. 2:02-cv-01314 JAM JFM<br><br>**RELATED CASE ORDER** |
| PIT RIVER TRIBE; NATIVE COALITION FOR MEDICINE LAKE HIGHLANDS DEFENSE; and MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; and CALPINE CORPORATION,<br><br>　　　　Defendants. | No. 2:04-cv-00956 RRB JFM |

| | |
|---|---|
| PIT RIVER TRIBE; NATIVE COALITION FOR MEDICINE LAKE HIGHLANDS DEFENSE; and MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER, | No. 2:04-cv-00969 RRB JFM |
| Plaintiffs, | |
| v. | |
| BUREAU OF LAND MANAGEMENT; U.S. DEPARTMENT OF THE INTERIOR; UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; ADVISORY COUNCIL ON HISTORIC PRESERVATION; and CALPINE CORPORATION, | |
| Defendants. | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the two actions denominated 2:04-cv-0956 RRB JFM and 2:04-cv-0969 RRB JFM be reassigned to Judge John A. Mendez and Magistrate Judge John F. Moulds shall remain assigned for all further proceedings, and any dates currently set in the reassigned cases only are hereby VACATED.

1  Henceforth, the caption on documents filed in the reassigned cases
2  shall be shown as 2:04-cv-0956 JAM JFM and 2:04-cv-0969 JAM JFM.
3       IT IS FURTHER ORDERED that the Clerk of the Court make
4  appropriate adjustments in the assignment of civil cases to
5  compensate for this reassignment.
6       IT IS SO ORDERED.
7  Dated:   October 23, 2012

                                  /s/ John A. Mendez_____

                                  JOHN A. MENDEZ
                                  United States District Court Judge