1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   PIT RIVER TRIBE; NATIVE              No. 2:02-cv-01314 JAM JFM
     COALITION FOR MEDICINE LAKE
12   HIGHLANDS DEFENSE; and MOUNT
     SHASTA BIOREGIONAL ECOLOGY
13   CENTER,                              **RELATED CASE ORDER**

14          Plaintiffs,

15      v.

16   BUREAU OF LAND MANAGEMENT;
     UNITED STATES DEPARTMENT OF THE
17   INTERIOR; U.S. FOREST SERVICE;
     ADVISORY COUNCIL ON HISTORIC
18   PRESERVATION; and CALPINE
     CORPORATION,
19
            Defendants.
20   _____/
     PIT RIVER TRIBE; NATIVE
21   COALITION FOR MEDICINE LAKE        No. 2:04-cv-00956 RRB JFM
     HIGHLANDS DEFENSE; and MOUNT
22   SHASTA BIOREGIONAL ECOLOGY
     CENTER,
23
            Plaintiffs,
24
        v.
25
     BUREAU OF LAND MANAGEMENT;
26   UNITED STATES DEPARTMENT OF THE
     INTERIOR; and CALPINE
27   CORPORATION,

28          Defendants.
     _____/

PIT RIVER TRIBE; NATIVE
COALITION FOR MEDICINE LAKE           No. 2:04-cv-00969 RRB JFM
HIGHLANDS DEFENSE; and MOUNT
SHASTA BIOREGIONAL ECOLOGY
CENTER,

       Plaintiffs,

  v.

BUREAU OF LAND MANAGEMENT; U.S.
DEPARTMENT OF THE INTERIOR;
UNITED STATES FOREST SERVICE;
UNITED STATES DEPARTMENT OF
AGRICULTURE; ADVISORY COUNCIL ON
HISTORIC PRESERVATION; and
CALPINE CORPORATION,

       Defendants.
_____/

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005).  Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that the two actions denominated 2:04-cv-0956 RRB JFM and 2:04-cv-0969 RRB JFM be reassigned to Judge John A. Mendez and Magistrate Judge John F. Moulds shall remain assigned for all further proceedings, and any dates currently set in the reassigned cases _only_ are hereby VACATED.

1    Henceforth, the caption on documents filed in the reassigned cases

2    shall be shown as 2:04-cv-0956 JAM JFM and 2:04-cv-0969 JAM JFM.

3         IT IS FURTHER ORDERED that the Clerk of the Court make

4    appropriate adjustments in the assignment of civil cases to

5    compensate for this reassignment.

6         IT IS SO ORDERED.

7    Dated:   October 23, 2012

8                              /s/ John A. Mendez_____

9                              JOHN A. MENDEZ
10                             United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28